IN THE CIRCUIT COURT FOR THE FIRST JUDICIAL CIRCUIT IN AND FOR
ESCAMBIA COUNTY, FLORIDA
CIVIL DIVISION

PATRICIA OLIVERIO

    Plaintiff,

vs.                                    CASE NO.:

DICK'S SPORTING GOODS, INC., a
foreign profit corporation,

    Defendant.

_____/

## COMPLAINT

Plaintiff PATRICIA OLIVERIO sues Defendant DICK'S SPORTING GOODS, INC. and alleges:

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees.

2. The First Judicial Circuit in and for Escambia County, Florida has venue pursuant to Section 47.051, Florida Statutes because the cause of action accrued in Escambia County, Florida.

3. At all times material hereto, Plaintiff PATRICIA OLIVERIO was a natural person residing in Escambia County, Florida.

4. At all times material hereto, including December 21, 2019, Defendant DICK'S SPORTING GOODS, INC. was and remains a foreign profit corporation licensed and doing business in Florida.

5. At all times material hereto, Defendant DICK'S SPORTING GOODS, INC. was the owner and/or operator of the business DICK'S SPORTING GOODS, INC., a retail store located at 5100 N 9th Avenue, Pensacola, Escambia County Florida, said business being open to the general public, including the Plaintiff herein.

6. At all times material hereto, Defendant DICK'S SPORTING GOODS, INC. was the owner and in possession and control of the premises and retail store located at or near 5100 N 9th Avenue, Pensacola, Escambia County Florida where the incident described in this Complaint occurred.

5. On or about December 21, 2019, Plaintiff PATRICIA OLIVERIO entered the Defendant's premises located at the above address to shop when she suddenly and without warning slipped and fell on water or a similar substance on the floor of Defendant's premises.

6. At said time and place, Plaintiff PATRICIA OLIVERIO was lawfully upon the subject premises of the Defendant.

7. At said time and place, Plaintiff PATRICIA OLIVERIO was a business invitee on the subject premises.

8. At said time and place, Defendant DICK'S SPORTING GOODS, INC, owed Plaintiff a duty to exercise reasonable care for her safety.

9. At said time and place, Defendant breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

    a) Negligently failing to maintain or adequately maintain premises, in that water or a similar substance was allowed to remain on the floor of Defendant's premises, thus creating a slipping hazard to members of the public, including the Plaintiff herein, thus creating an unreasonably dangerous condition for her;

b) Negligently failing to inspect or adequately inspect premises, as specified above, to ascertain that premises was not being properly kept free of water or a similar substance constituting a slipping hazard to members of the public, including the Plaintiff herein, thus creating an unreasonably dangerous condition to her;

c) Negligently failing to inspect or adequately warn the Plaintiff of the danger of water or a similar substance on the floor of Defendant's premises, when Defendant knew, or through the exercise of reasonable care should have known, that said premises was unreasonably dangerous and that Plaintiff was unaware of same; and

d) Negligently failing to correct or adequately correct the unreasonably dangerous condition of the water or a similar substance on the floor of Defendant's premises, when said condition was either known to Defendant, or had existed for a sufficient length of time, such that Defendant should have known of same had Defendant exercised reasonable care.

10. As a result, while Plaintiff PATRICIA OLIVERIO was visiting Defendant's business, she slipped and fell on water or a similar substance on the floor of Defendant, DICK'S SPORTING GOODS, INC.'s premises, sustaining injuries as set forth below.

11. As a direct and proximate result of the negligence of Defendant, the Plaintiff suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff PATRICIA OLIVERIO demands judgment against Defendant DICK'S SPORTING GOODS, INC. for damages, costs of this action, interest, and such other and further relief as this Court may deem meet and just, and demands a trial by jury on all issues so triable.

**Plaintiff also demands trial by jury of all issues no triable.**

**RESPECTFULLY** submitted this 20th day of July, 2021.

>                             /s/ *Jonathan B. Minchin*
>                             **JONATHAN B. MINCHIN**
>                             FL Bar No.: 857521
>                             **MORGAN & MORGAN, PLLC**
>                             220 W. Garden St., Suite 900
>                             Pensacola, FL 32502
>                             Telephone: 850-316-9075
>                             Facsimile: 850-316-9078
>                             jminchin@forthepeople.com
>                             kwestberry@forthepeople.com
>                             ehuffstetler@forthepeople.com
>                             *Attorney for Plaintiff*